IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRAY MANUFACTURING COMPANY, INC. | : | CIVIL ACTION |
| | : | |
| | : | No. 19-899 |
| v. | : | |
| | : | |
| SEFAC S.A., et al. | : | |

## ORDER

AND NOW, this 16th day of March, 2021, upon consideration of the parties' claim construction briefs and responses, the parties' supplemental briefing and disclosures, and Plaintiff Gray Manufacturing Company, Inc.'s Notice of New Controlling Authority, and following a claim construction hearing held on January 24, 2020, it is ORDERED that the following claim constructions shall apply:

1. The claim terms "e-stop button" and "e-stop switch" mean "a button/switch that is used to activate an emergency stop system to halt the lifting or lowering of the lift."

2. The claim terms "watchdog processor" and "COP watchdog" mean "a processor that is able to determine whether the computer is operating properly (COP) so that corrective action may be taken if the computer is determined to be operating improperly."

3. The claim terms "no master or slave relationship between said individual lifts" mean "no single lift is dedicated to controlling the lifting and lowering of the other lifts in the lift system. All the lifts control their own lifting and lowering using information shared among the lifts." The term "master lift" means "a lift in the lift system that is dedicated to controlling the lifting and lowering of the other lifts in the lift system." The term "slave lift" means "a lift in the lift system whose lifting and lowering is controlled by a master lift."

4. The claim term "remote control" means "a device that can be used to control the operation of the lift system and can be removably attached to at least one of the lifts of the lift system."

5. The claim term "the (microprocessor / lift system / lift / display screen) is configured" means "the microprocessor / lift system / lift / display screen is set up."

6. The claim term "adaptive communication system" means "a communication system that is able to automatically adjust one or more of its communication parameters."

7. The claim term "collective intelligence" means "a shared set of information."

8. The claim terms "interface microprocessor" and "display microprocessor" mean "one or more integrated circuits that are capable of performing computer processing functions for the user interface system/display screen."

9. The claim terms "wirelessly exchanging," "wirelessly communicate with one another," and "wirelessly share data with one another" do not require a construction.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.